FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 10 2014
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 12-3273 MCA |
| vs. | Count 1: 21 U.S.C. § 846: Conspiracy; |
| **GLENN BENAVIDEZ,** | Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of a Mixture and Substance Containing Methamphetamine. |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about November 29, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **GLENN BENAVIDEZ**, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with Dwayne Burris, Margaret Romero, Jennifer Kelly, and with other persons known and unknown, to commit the following offense against the United States: to wit, distribution of a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

### Count 2

On or about November 29, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **GLENN BENAVIDEZ**, unlawfully, knowingly and intentionally distributed a

controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)C).

_____
Assistant United States Attorney

_____
01/09/14  1:50PM